```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Claimants,
MATTHEW and MICHELLE MAROOT
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHARLES JON MAROOT,<br><br>　　　　Defendant. | ) Case No.: CR-F-04-5074 REC<br>)<br>) STIPULATION TO CONTINUE<br>) EVIDENTIARY HEARING REGARDING<br>) PROPERTY<br>)<br>)<br>)<br>)<br>) |

　　　MATTHEW and MICHELLE MAROOT, by and through their attorney, ANTHONY P. CAPOZZI, and the United States, by and through Assistant United States Attorney, Stanley A. Boone, hereby stipulate that the Evidentiary Hearing regarding the return of property that was scheduled for May 2, 2005, be continued to May 16, 2005 at 10:00 a.m.  Said continuance is conditioned upon the Internal Revenue Service not seizing or forfeiting the property subject to this Motion, prior to the hearing on this motion.

　　　Time should be excluded pursuant to 18 U.S.C. §3161(h)(1)(f), i.e. delay resulting from a pending pre-trial

PDF created with pdfFactory trial version www.pdffactory.com

motion and 18 U.S.C. §3161(h)(8)(A), i.e. said continuance best serves the ends of justice in that such action outweighs the best interest of the public and the Defendant in a speedy trial.

                                         Respectfully submitted,

Dated: April 27, 2005

                                         /s/ Anthony P. Capozzi
                                         ANTHONY P. CAPOZZI
                                         Attorney for the Claimants,
                                         Matthew and Michelle Maroot

Dated: April 27, 2005

                                         /s/ Anthony P. Capozzi
                                         GARY D. HUSS
                                         Attorney for the Defendant,
                                         Judith Ann Maroot

Dated: April 27, 2005

                                         /s/ Stanley A. Boone
                                         STANLEY A. BOONE
                                         Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED, good cause having been shown, that the Property Hearing set for May 2, 2005, is vacated and continued to May 16, 2005, at 10:00 a.m.  Time shall be excluded pursuant to stipulation between the parties and 18 U.S.C. § 3161(h)(8)(A).

Dated:   April _27__, 2005

                                         /s/ ROBERT E. COYLE
                                         HON. ROBERT E. COYLE
                                         United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com