ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Claimants,
MATTHEW and MICHELLE MAROOT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-04-5074 REC |
|  | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE |
|  | ) EVIDENTIARY HEARING REGARDING |
| vs. | ) PROPERTY |
|  | ) |
| CHARLES JON MAROOT, | ) |
|  | ) |
| Defendant. | ) |

MATTHEW and MICHELLE MAROOT, by and through their attorney,
ANTHONY P. CAPOZZI, and the United States, by and through
Assistant United States Attorney, Stanley A. Boone, hereby
stipulate that the Evidentiary Hearing regarding the return of
property that was scheduled for May 16, 2005, be continued to
June 13, 2005 at 10:00 a.m.   Said continuance is conditioned
upon the Internal Revenue Service not seizing or forfeiting the
property subject to this Motion, prior to the hearing on this
motion.

Time should be excluded pursuant to 18 U.S.C.
§3161(h)(1)(f), i.e. delay resulting from a pending pre-trial

Stipulation to Continue
Property Hearing

motion and 18 U.S.C. §3161(h)(8)(A), i.e. said continuance best serves the ends of justice in that such action outweighs the best interest of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated: May 12, 2005

_____/s/ Anthony P. Capozzi_____
ANTHONY P. CAPOZZI
Attorney for the Claimants,
Matthew and Michelle Maroot

Dated: May 12, 2005

_____/s/ Stanley A. Boone_____
STANLEY A. BOONE
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED, good cause having been shown, that the Property Hearing set for May 16, 2005, is vacated and continued to June 13, 2005, at 10:00 a.m.  Time shall be excluded pursuant to stipulation between the parties and 18 U.S.C. § 3161(h)(8)(A).

Dated:    May 13, 2005

/s/ ROBERT E. COYLE_____
HON. ROBERT E. COYLE
United States District Court Judge

2

Stipulation to Continue
Property Hearing