ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Claimants,
MATTHEW and MICHELLE MAROOT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-04-5074 OWW |
| Plaintiff, | ) STIPULATION TO CONTINUE<br>) EVIDENTIARY HEARING REGARDING<br>) PROPERTY |
| vs. | ) |
| CHARLES JON MAROOT, | ) |
| Defendant. | ) |

   MATTHEW and MICHELLE MAROOT, by and through their attorney, ANTHONY P. CAPOZZI, and the United States, by and through Assistant United States Attorney, Stanley A. Boone, hereby stipulate that the Evidentiary Hearing regarding the return of property that was scheduled for June 13, 2005, be continued to July 5, 2005 at 10:00 a.m.  Said continuance is conditioned upon the Internal Revenue Service not seizing or forfeiting the property subject to this Motion, prior to the hearing on this motion.

   Time should be excluded pursuant to 18 U.S.C. §3161(h)(1)(f), i.e. delay resulting from a pending pre-trial motion and 18 U.S.C. §3161(h)(8)(A), i.e. said continuance best serves the ends of

PDF created with pdfFactory trial version www.pdffactory.com

justice in that such action outweighs the best interest of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated: June 8, 2005

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for the Claimants,
Matthew and Michelle Maroot

Dated: June 8, 2005

/s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney

**ORDER**

   IT IS SO ORDERED, good cause having been shown, that the Property Hearing set for June 13, 2005, is vacated and continued to July 5, 2005, at 10:00 a.m.  Time shall be excluded pursuant to stipulation between the parties and 18 U.S.C. § 3161(h)(8)(A).

Dated:    June 14, 2005

/s/ OLIVER W. WANGER

HON. OLIVER W. WANGER
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com