```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Claimants,
MATTHEW and MICHELLE MAROOT
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-04-5074 OWW |
| Plaintiff, | ) STIPULATION TO CONTINUE ) EVIDENTIARY HEARING REGARDING ) PROPERTY |
| vs. | ) |
| CHARLES JON MAROOT, | ) NOTICE TO COUNSEL:  THE NEW ) HEARING DATE HAS BEEN CHANGED |
| Defendant. | ) |

　　　　MATTHEW and MICHELLE MAROOT, by and through their attorney, ANTHONY P. CAPOZZI, and the United States, by and through Assistant United States Attorney, Stanley A. Boone, hereby stipulate that the Evidentiary Hearing regarding the return of property that was scheduled for July 5, 2005, be continued to ~~July 11, 2005~~ at 10:00 a.m.   Said continuance is conditioned upon the Internal Revenue Service not seizing or forfeiting the property subject to this Motion, prior to the hearing on this motion.

　　　　Time should be excluded pursuant to 18 U.S.C. §3161(h)(1)(f), i.e. delay resulting from a pending pre-trial motion and 18 U.S.C. §3161(h)(8)(A), i.e. said continuance best serves the ends of

justice in that such action outweighs the best interest of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated: June 30, 2005

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for the Claimants,
Matthew and Michelle Maroot

Dated: June 30, 2005

/s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney

**ORDER**

The Property Hearing set for July 5, 2005 is continued to Wednesday, July 13, 2005 at 9:00 a.m. in Courtroom Two before Judge Wanger. The evidentiary hearing will proceed on that date and no further continuances will be granted. Any further filings the parties wish to have the court review regarding this matter shall be filed by July 7, 2005.

Time shall be excluded pursuant to stipulation between the parties and 18 U.S.C. § 3161(h)(8)(A).

Dated:    June _30__, 2005

/s/ OLIVER W. WANGER

HON. OLIVER W. WANGER
United States District Court Judge