ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Claimants,
MATTHEW and MICHELLE MAROOT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-04-5074 OWW |
| Plaintiff, | ) STIPULATION TO CONTINUE<br>) EVIDENTIARY HEARING REGARDING<br>) PROPERTY |
| vs. | ) |
| CHARLES JON MAROOT, | ) |
| Defendant. | ) |

MATTHEW and MICHELLE MAROOT, by and through their attorney, ANTHONY P. CAPOZZI, and the United States, by and through Assistant United States Attorney, Stanley A. Boone, hereby stipulate that the Evidentiary Hearing regarding the return of property that was scheduled for July 11, 2005, be continued to August 22, 2005 at 10:00 a.m.   Said continuance is conditioned upon the Internal Revenue Service not seizing or forfeiting the property subject to this Motion, prior to the hearing on this motion.

Time should be excluded pursuant to 18 U.S.C. §3161(h)(1)(f), i.e. delay resulting from a pending pre-trial motion and 18 U.S.C. §3161(h)(8)(A), i.e. said continuance best serves the ends of

PDF created with pdfFactory trial version www.pdffactory.com

justice in that such action outweighs the best interest of the public and the Defendant in a speedy trial.

                                        Respectfully submitted,

Dated: July 12, 2005

                                        /s/ Anthony P. Capozzi
                                        ANTHONY P. CAPOZZI
                                        Attorney for the Claimants,
                                        Matthew and Michelle Maroot

Dated: July 12, 2005

                                        /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant United States Attorney

## **ORDER**

    IT IS SO ORDERED, good cause having been shown, that the Property Hearing set for July 11, 2005, is vacated and continued to August 22, 2005, at 10:00 a.m.  Time shall be excluded pursuant to stipulation between the parties and 18 U.S.C. § 3161(h)(8)(A).

Dated:    July _13__, 2005

                                        /s/ OLIVER W. WANGER

                                        HON. OLIVER W. WANGER
                                        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com