**Order Terminating Probation**
**Prior to Expiration Date**

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number: 1:04CR05074-001 OWW** |
| | ) | |
| **Charles Jon Maroot** | ) | |
| | ) | |

On November 17, 2005, the above named was placed on supervised release for a term of 24 months, which commenced on November 21, 2006.  Special conditions included a requirement that he submit to search and seizure, provide the probation officer with access to any requested financial information, cooperate with the IRS and submit to the collection of DNA.

The defendant has complied with all conditions and special conditions of supervision and has not been involved in any further criminal activities.  It should be noted the defendant recently suffered the loss his son after a prolonged fight with cancer. Furthermore, the defendant has serious medical issues, which prevent him from maintaining full-time employment. Overall, the defendant's has been compliant and generally seems to have assimilated back into the community as a productive member of society since his release from the Bureau of Prisons. It is the opinion of the Probation Officer that the defendant has derived the maximum benefit from the services our office has to offer and is not in need of continued supervision.

It is, therefore, respectfully recommended that the defendant be discharged from supervised release prior to his scheduled expiration date.

Respectfully submitted,

/s/ Tim Mechem

**Tim Mechem**
**United States Probation Officer**

**Reviewed by:**    **/s/ Bruce Vasquez**

**Bruce A. Vasquez**
**Supervising United States Probation Officer**

Rev. 08/2000
PROB35.MRG

It is ordered that the defendant be discharged from
probation and that the proceedings in the case be terminated.


IT IS SO ORDERED.

**Dated:   January 25, 2008**                    **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE